# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ADRIAN DIAZ a/k/a/ Carlos Hernandez a/k/a Carlos Medina, ) ) ) Petitioner, ) ) v. ) ) ANITA TRAMMEL, Warden, ) ) Respondent. ) | Case No. CIV-13-229-M |

**ORDER**

On September 26, 2013, United States Magistrate Judge Gary M. Purcell issued a Supplemental Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the petition for writ of habeas corpus be denied. The parties were advised of their right to file an objection to the Supplemental Report and Recommendation by October 16, 2013. A review of the file reveals no objection has been filed.

Upon de novo review, the Court

(1) ADOPTS the Supplemental Report and Recommendation [Docket No. 19] issued by the Magistrate Judge on September 26, 2013;

(2) DENIES the Petition for Writ of Habeas Corpus [Docket No. 1]; and

(3) ORDERS that judgment in favor of the respondent issue forthwith.

**IT IS SO ORDERED this 28th day of October, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE